H. Gavin Long, Esq. (SBN: 204034)
**MORGAN & MORGAN CALIFORNIA, LLP.**
633 W. 5th Street, Suite 2200,
Los Angeles, CA 90071
Telephone: (949) 898-6550 | Facsimile: (949) 898-6700
Email: gavin.long@forthepeople.com
        Team-Long@forthepeople.com

Attorney for Plaintiff, JOSEPH MESA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| JOSEPH MESA, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; <br><br> Defendants. | CASE NO: <br><br><br> **COMPLAINT FOR COMPENSATORY DAMAGES: MOTOR VEHICLE NEGLIGENCE** |

COMES NOW, Plaintiff JOSEPH MESA, by and through undersigned counsel, and, for his Complaint against the Defendants, alleges as follows:

### PARTIES

1.    At all times material hereto, Plaintiff JOSEPH MESA was, and is, a citizen of the State of California who resides in San Bernardino County, California.

2.    Plaintiff has information and belief and, based thereon, alleges that Defendant, UNITED STATES OF AMERICA, through its agency, the United States Postal Service, is a governmental agency.

-1-
**COMPLAINT FOR DAMAGES**

## JURISDICTION & VENUE

3.    Jurisdiction is properly placed with this Court on the basis of Diversity of Citizenship pursuant to 28 U.S.C. § 1332 (a), since no Defendant is a citizen of the same state as a Plaintiff, and as the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4.    Venue is properly placed in this Judicial District pursuant to 28 U.S.C. § 1391(c) because the acts underlying this cause of action involving all of the parties hereto occurred within the jurisdictional boundaries of the Central District of California. The Plaintiff also resides within this judicial district.

## COUNT I: NEGLIGENCE

5.    Plaintiff repeats and adopts the allegations of paragraphs 1-4 as if set forth fully herein.

6.    On or about December 24, 2024, Plaintiff JOSEPH MESA was traveling southbound on Evans Road approaching a green light at the intersection of Evans Road and Anira Court. At the same time, a vehicle owned, operated, leased, maintained and/or otherwise controlled by Defendant UNITED STATES OF AMERICA, and operated by Brittany Mona Reese, an employee of the United States Postal Service, was traveling northbound on Evans Road in the left turn lane to make a left-hand-turn onto Anira Court. As the Plaintiff continued straight through the intersection, Ms. Reese failed to stop at a left turn red arrow and entered the intersection directly into Plaintiff's lane of travel resulting in a head on collision (hereinafter "the subject collision").

7.    At all times material, Ms. Reese had a duty to use due care to inspect and keep the vehicle she was operating safely under control, to keep a safe and proper lookout, to maintain her lane, and to refrain from colliding with other motorists and vehicles.

8.    At all times material hereto, Brittany Mona Reese was careless and negligent and breached the aforementioned duties of care in ways which include

**COMPLAINT FOR DAMAGES**

one or more of the following:

a.    By failing to stop at a red light;

b.    By failing to keep her vehicle under control;

c.    By failing to maintain a proper lookout;

d.    By failing to travel at a speed which was safe and appropriate for the presenting conditions;

e.    By avoiding a collision with other vehicles; and/or

f.    In otherwise failing to use reasonable care and precaution under the presenting circumstances.

9.    At all times material, the actions of Ms. Reese occurred in the course and scope of her agency/employment with Defendant UNITED STATES OF AMERICA, such that Defendant UNITED STATES OF AMERICA is liable for her aforesaid negligent acts and/or conduct under the doctrine(s) of respondeat superior and/or agency.

10.    At all times material hereto, Defendant UNITED STATES OF AMERICA, owed a duty to use reasonable care to maintain their vehicles and with respect to in hiring, retaining and/or training its employee/agent truck drivers, including Ms. Reese.

11.    Upon information and belief, Plaintiff alleges that Defendant UNITED STATES OF AMERICA, were further careless and negligent and breached the aforesaid duties of care in ways which include, but are not necessarily limited to, one or more of the following:

a.    In failing to perform necessary and appropriate background investigations into the competency of its employee/agent drivers, including, Brittany Mona Reese; and,

b.    In failing to perform necessary and appropriate safety training for its employee/agent drivers, including Ms. Reese.

12.    As a further direct and proximate result of the carelessness and

-3-
**COMPLAINT FOR DAMAGES**

negligence of Defendant UNITED STATES OF AMERICA, as aforesaid, Plaintiff MESA was caused to suffer serious and severe personal injuries and related damages, some or all of which are permanent in nature; was caused to aggravate certain pre-existing conditions resulting in severe pain, disability, and loss of enjoyment of life; was caused to suffer impairment of his person and faculties, some or all of which are permanent in nature; was caused to suffer diminution in his earnings and future earning capacity; was caused to incur medical bills and related expenses; together with other damages and related harms and losses according to proof.

WHEREFORE, Plaintiff demands judgement for damages against Defendant UNITED STATES OF AMERICA for an amount in excess of $75,000.00 together with interest and costs; and demand trial by jury of all issues so triable as of right.

Dated: September 23, 2025        **MORGAN & MORGAN CALIFORNIA, LLP.**

By: _____
    H. Gavin Long, Esq.
    Attorney for Plaintiff,
    JOSEPH MESA

-4-
**COMPLAINT FOR DAMAGES**